# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE INTEL CORPORATION
STOCKHOLDER DERIVATIVE
LITIGATION

CONSOLIDATED
C.A. No. 1:24-cv-00651-CFC

---

The LR Trust, derivatively on behalf of
INTEL CORPORATION,

Plaintiff,

v.

PAT GELSINGER, JAMES J. GOETZ,
ANDREA J. GOLDSMITH, ALYSSA H.
HENRY, OMAR ISHRAK, TSU-JAE
KING LIU, RISA LAVIZZO-MOUREY,
BARBARA G. NOVICK, GREGORY D.
SMITH, LIP-BU TAN, DION J.
WEISLER, FRANK D. YEARY, and
DAVID ZINSNER,

Defendants,

and

INTEL CORPORATION,

Nominal Defendant.

C.A. No. 1:25-cv-00085-CFC

---

## STIPULATION AND [PROPOSED] ORDER
## CONSOLIDATING RELATED DERIVATIVE ACTION
## AND STAYING PROCEEDINGS

WHEREAS, on May 31, 2024, plaintiff Jeffrey Ly ("Ly") filed a Verified Shareholder Derivative Complaint in this Court captioned *Ly v. Gelsinger, et al.*, C.A. No. 1:24-cv-000651-CFC derivatively on behalf of Intel Corporation ("Intel" or the "Company") against Pat Gelsinger, David Zinsner, James Goetz, Andrea Goldsmith, Alyssa Henry, Omar Ishrak, Risa Lavizzo-Mourey, Tsu-Jae King Liu, Barbara Novick, Gregory Smith, Lip-Bu Tan, Dion Weisler, and Frank Yeary (the "Individual Defendants" and, together with Intel, "Defendants") for violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty, unjust enrichment, waste of corporate assets, abuse of control, and gross mismanagement, (the "*Ly* Action");

WHEREAS, on June 21, 2024, plaintiff Stourbridge Investments LLC ("Stourbridge") filed a Verified Shareholder Derivative Complaint in this Court captioned *Stourbridge Investments LLC v. Gelsinger, et al.*, C.A. No. 1:24-cv-00734-MN derivatively on behalf of Intel against substantially the same set of Individual Defendants[1] as named in the *Ly* Action based on substantially similar facts and circumstances (the "*Stourbridge* Action");

WHEREAS, on July 11, 2024, the Ly Action and Stourbridge Action were consolidated into one action captioned *In re Intel Corporation Stockholder*

---

[1] The *Stourbridge* Action also names Stacy J. Smith as a Director Defendant and he is included in the definition for the Individual Defendants.

*Derivative Litigation*, C.A. No. 1:24-cv-00651-CFC (the "Consolidated Action") through an Order Consolidating Related Derivative Actions and Appointing Co-Lead Counsel and Liaison Counsel (C.A. No. 1:24-cv-00651-CFC, D.I. 6, the "Consolidation Order");

WHEREAS, the Consolidation Order states: "All derivative actions related to the Consolidated Action that are subsequently filed in or transferred to this Court shall be consolidated into the Consolidated Action";

WHEREAS, on October 16, 2024, the Court entered a Stipulation and Order Staying Proceedings in the Consolidated Action (C.A. No. 1:24-cv-00651-CFC, D.I. 10, the "Stay Order");

WHEREAS, on December 17, 2024, plaintiff The LR Trust filed a Verified Stockholder Derivative Complaint in the United States District Court for the Northern District of California captioned *The LR Trust v. Gelsinger et al.*, C.A. No. 5:24-cv-09121 derivatively on behalf of Intel against the same set of Individual Defendants as named in the *Ly* Action based on substantially similar facts and circumstances (the "*LR Trust* Action");

WHEREAS, on January 21, 2025, the *LR Trust* Action was transferred from the Northern District of California to the District of Delaware;

3

WHEREAS, undersigned counsel agree that the *LR Trust* Action contains substantially similar factual and legal contentions to those raised in the Consolidated Action.

WHEREAS, the administration of justice would be best served by consolidation of the *LR Trust* Action with the Consolidated Action;

WHEREAS, the Parties therefore respectfully submit that the *LR Trust* Action should be consolidated with the Consolidated Action pursuant to Federal Rule of Civil Procedure 42(a);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** and upon approval and entry by the Court shall be **ORDERED**, as follows:

1.     The *LR Trust* action is hereby consolidated for all purposes into the Consolidated Action.

2.     All filings shall occur in the Consolidated Action.

3.     All documents previously filed to date in the *LR Trust* Action shall be deemed part of the record in the Consolidated Action.

4.     The Stay Order shall remain in effect.

5.     In accordance with the Stay Order, Defendants are not required to respond to any complaint other than a complaint designated as operative in the Consolidated Action.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: February 25, 2025

**FARNAN LLP**
*/s/ Michael J. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, De 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Ly*

**BIELLI & KLAUDER, LLC**
*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 28-7378
Email: jlifshitz@lifshitzlaw.com

5

*[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Stourbridge*

**COOCH AND TAYLOR, P.A.**
*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
Email: bbennett@coochtaylor.com

**WEISS LAW**
David C. Katz
Joshua M. Rubin
Mark D. Smilow
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Email: dkatz@weisslawllp.com
Email: jrubin@weisslawllp.com
Email: msmilow@weisslawllp.com

*Counsel for LR Trust*

**POTTER ANDERSON & CORROON LLP**
*/s/ Matthew E. Fischer*
Matthew E. Fischer (#3092)
J. Matthew Belger (#5707)
Tyler E. Cragg (#6398)
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Email: mfischer@potteranderson.com
Email: mbelger@potteranderson.com
Email: tcragg@potteranderson.com

**MUNGER, TOLLES & OLSON LLP**
John M. Gildersleeve

Brian R. Boessenecker
Lorraine L. Abdulahad
350 South Grand Avenue
50th Floor
Los Angeles, CA
Telephone: (213) 683-9241
Email: john.gildersleeve@mto.com
Email: brian.boessenecker@mto.com
Email: lorraine.abdulahad@mto.com

*Counsel for Defendants*

**APPROVED AND SO ORDERED** this _26th_ day of _February_, 2025.

_____
United States District Judge